UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 10 2912

NATIONAL LABOR RELATIONS BOARD,  ) Civil No.
                 Applicant,  )
                    v.  ) [PROPOSED] ORDER TO SHOW CAUSE
                   )
OLGA MIRANDA,  )
                 Respondent.  )

    The National Labor Relations Board (the Board) by its Acting General Counsel, and by Olivia Garcia, Regional Attorney for Region 20 of the Board, having filed its Application for an order requiring Respondent to obey and comply with a subpoena duly and properly served on Respondent Miranda as set forth in said application, and good cause appearing therefore,

    IT IS ORDERED that Respondent appear before this Court at the United States Court House, 450 Golden Gate Avenue, San Francisco, California, on the 11 day of August, 2010, at 10:00 a.m., or as soon thereafter as Counsel can be heard, and then and there show cause, if any there be, why an order of this Court should not issue directing Respondent to appear before Sarah McBride, or another Board Agent designated by the Regional Director of Region 20 of the

Order To Show Cause

Page 1

Board, at such time and place as said Regional Director may designate, and then and there give sworn testimony and answer any and all questions relevant and material to the matter under investigation and in question in the proceeding now pending before the Board in Board Case 20-CB-13530, as required in Subpoena Ad Testificandum No. A-852822 issued by the Board to Respondent Miranda on March 29, 2010, pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. Sec. 151, et seq.];

IT IS FURTHER ORDERED that Respondent file an Answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 901 Market Street, Suite 400, San Francisco, California 94103, on or before the 2 day of August, 2010, and that Applicant may file and serve a Reply to each Answer on or before August 9, 2010 ~~at least one day before the hearing;~~ and

IT IS FURTHER ORDERED that service of copies of this Order, the Application upon which it is issued, the Applicant's Memorandum in Support of this Application For Order Requiring Obedience To Subpoena Ad Testificandum, the proposed Findings of Fact and Conclusions of Law lodged with the Court, and the proposed Order Requiring Obedience to Subpoena Ad Testificandum lodged with the Court be made without delay upon Respondent, in any manner provided in the Federal Rules of Civil Procedure and that proof of such service be filed herein.

Done at San Francisco, California, this 19th day of July, 2010.

_____
United States District Judge

Order To Show Cause

Page 2